# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 269 WAL 2014
:
                Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
             v. :
:
:
:
CLARENCE COLEMAN, :
:
                Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.